155 A.3d 901

**VAN FIELD, Raymond Calvin**

v.

**STATE of Maryland**

**Pet. Docket No. 562, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Dismissed by the Court of Special Appeals (No. 295, Sept. Term, 2016).

Petition for writ of certiorari dismissed

■

155 A.3d 901

**STATE of Maryland**

v.

**HERNANDEZ, Jafet L.**

**Pet. Docket No. 19, Sept. Term, 2017**

Court of Appeals of Maryland.

March 30, 2017

Pending in the Court of Special Appeals (No. 885, Sept. Term, 2016).

Petition for writ of certiorari and conditional cross–petition—both denied